1
2
3
4
5

TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

6

*Attorney for Plaintiff*

7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14
15

DALINA WATSON, an individual;

          Plaintiff,

     vs.

NORTHERN NEVADA OB/GYN;

          Defendant.

CASE NO: 3:24-cv-00308-MMD-CSD

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #18) (First Request)**

16
17
18
19
20
21
22
23
24

          COMES NOW, Plaintiff DALINA WATSON (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant NORTHERN NEVADA OB/GYN (hereinafter "Defendant"), by and through its counsel, Dickinson Wright PLLC, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #18), due on December 18, 2024, to January 10, 2025.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

25
26
27
28

          Good cause exists for this extension.   Plaintiff has not been able to complete her review of the motion due to the holiday season and counsel needs to confer with his client regarding the undisputed facts as asserted by Defendant regarding Defendant's Motion for Summary Judgment and to formulate Plaintiff's response.

Defendant has courteously agreed to this extension of time for Plaintiff to file her Response. Accordingly, Plaintiff shall have up to and including January 10, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #18). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated:  December 18, 2024

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel:  (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

Dated:  December 18, 2024

**DICKINSON WRIGHT, PLLC**

*/s/ Brian R. Irvine*
By:_____
   BRIAN R. IRVINE (SBN 7758)
   100 West Liberty Street, Suite 940
   Reno, Nevada 89501
   Tel:  (775) 343-7500
   Email: birvine@dickinson-wright.com

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this <u>19th</u> of <u>December 2024.</u>

_____
DISTRICT COURT JUDGE