TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALINA WATSON, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTHERN NEVADA OB/GYN;<br><br>    Defendant. | CASE NO: 3:24-cv-00308-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS (ECF #20)**<br>**(First Request)** |

COMES NOW, Plaintiff DALINA WATSON (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant NORTHERN NEVADA OB/GYN (hereinafter "Defendant"), by and through its counsel, Dickinson Wright PLLC, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion for Sanctions (ECF #20), due on December 18, 2024, to January 10, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Sanctions.

Good cause exists for this extension. Plaintiff has not been able to complete her review of the motion due to the holiday season and counsel needs to confer with his client regarding the merits as asserted by Defendant regarding Defendant's Motion for Sanctions and to formulate Plaintiff's response.

1

Defendant has courteously agreed to this extension of time for Plaintiff to file her Response. Accordingly, Plaintiff shall have up to and including January 10, 2025, to respond to Defendant's Motion for Sanctions (ECF #20). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated:  December 18, 2024							Dated:  December 18, 2024

**HATFIELD & ASSOCIATES**						**DICKINSON WRIGHT, PLLC**

  */s/ Trevor J. Hatfield*						  */s/  Brian R. Irvine*
By:_____			By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)			  BRIAN R. IRVINE (SBN 7758)
  703 S. Eighth Street						  100 West Liberty Street, Suite 940
  Las Vegas, Nevada 89101					  Reno, Nevada 89501
  Tel:  (702) 388-4469						  Tel:  (775) 343-7500
  Email: thatfield@hatfieldlawassociates.com	  Email: birvine@dickinson-wright.com

*Attorney for Plaintiff*						*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 19th day of December 2024.

_____
DISTRICT COURT JUDGE

2