1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
3  703 South Eighth Street
   Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALINA WATSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN NEVADA OB/GYN; CONRAD ROBERSON, D.O.<br><br>Defendants. | CASE NO: 3:24-cv-00308-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW, Plaintiff DALINA WATSON (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendants NORTHERN NEVADA OB/GYN and CONRAD ROBERSON, D.O. (hereinafter "Defendants"), by and through their counsel, Dickinson Wright PLLC, do hereby stipulate and agree to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party

///

///

///

///

///

///

///

1

1 | shall hold the other harmless and shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: March 18, 2025                                    Dated: March 18, 2025

**HATFIELD & ASSOCIATES**                                **DICKINSON WRIGHT, PLLC**

   */s/ Trevor J. Hatfield*                                 /s/
By:_____          By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)           BRIAN R. IRVINE (SBN 7758)
   703 S. Eighth Street                          100 West Liberty Street, Suite 940
   Las Vegas, Nevada 89101                       Reno, Nevada 89501
   Tel: (702) 388-4469                           Tel: (775) 343-7500
   Email: thatfield@hatfieldlawassociates.com    Email: birvine@dickinson-wright.com

*Attorney for Plaintiff*                         *Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED:**

DATED this 18th day of March, 2025.

_____
DISTRICT COURT JUDGE